**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Boston Window & Door, LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Pella Boston Windows & Doors** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-2294937** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **45 Fondi Rd.** <br> **Haverhill, MA 01832** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Essex** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.pella.com/locations/boston**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Boston Window & Door, LLC**                                        Case number (*if known*) _____
          Name

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

4233

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ■ No. |
|---|---|---|

☐ Yes.

If more than 2 cases, attach a separate list.

District _____    When _____    Case number _____

District _____    When _____    Case number _____

Debtor    **Boston Window & Door, LLC**                                    Case number (*if known*) _____
          Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49            ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99           ☐ 5001-10,000        ☐ 50,001-100,000
■ 100-199         ☐ 10,001-25,000      ☐ More than100,000
☐ 200-999

---

**15. Estimated Assets**

☐ $0 - $50,000                ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000          ■ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000                ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

---

Debtor    **Boston Window & Door, LLC**                                    Case number (*if known*) _____
          Name

☐ $50,001 - $100,000              ■ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| Debtor | **Boston Window & Door, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/20/2024
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Adam Hirsch
Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

X  */s/ Christopher M. Condon*
Signature of attorney for debtor

Date    6/20/24
MM / DD / YYYY

**Christopher M. Condon, Esq.**
Printed name

**Murphy & King**
Firm name

**28 State Street
Suite 3101
Boston, MA 02109**
Number, Street, City, State & ZIP Code

Contact phone    **617-423-0400**        Email address    **ccondon@murphyking.com**

**652430 MA**
Bar number and State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 5

## BOSTON WINDOW & DOOR, LLC
### Resolutions Regarding Chapter 11 Filing

The undersigned, being the Secretary of Boston Window & Door, LLC (the "Company"), hereby certifies, in his capacity as Secretary of the Company and not in his individual capacity, that the following resolutions were adopted, in accordance with the requirements of applicable Massachusetts law and the operating agreement of the Company currently in effect, at a meeting of the members of the Company on June 13, 2024:

      **WHEREAS,** in light of the Company's condition, the Company engaged certain professionals to advise the Company on the restructuring of the Company, including seeking relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), if advisable;

      **WHEREAS,** the Company has reviewed the materials presented by their financial and other advisors and the directors have engaged in numerous and extensive discussions (including, without limitation with management and professional advisors) regarding the Company's condition, including its liabilities and liquidity position, strategic alternatives available to it, and the impact of the foregoing on Company's business operations; and

      **WHEREAS,** having considered the advice of financial and other advisors, the Company has determined that it is desirable and in the best interest of the Company and its creditors, employees, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of Chapter 11 of the Bankruptcy Code;

**NOW, THEREFORE, BE IT:**

    **RESOLVED:**    That, based on factors and information deemed relevant by the directors, it is desirable and in the best interests of the Company, its creditors and other interested parties that the Company file a petition seeking relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts.

    **RESOLVED:**    That the Chief Executive Officer and persons authorized by the Chief Executive Officer (each an "Authorized Person"), is empowered and directed to take action to: (i) prepare and file on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code; (ii) cause the Company to perform its functions and duties as a debtor-in-possession pursuant to the applicable provisions of the United States Bankruptcy Code; (iii) take such steps on behalf of the Company as may be necessary or appropriate to the Company's Chapter 11 case; (iv) execute and file on behalf

1

of the Company any pleading appropriate or necessary for the
Company to fulfill its obligations under the Bankruptcy Code
and/or applicable non-bankruptcy law; and (vi) execute such
further documents and do such further acts as such Authorized
Person may deem necessary or appropriate with respect to the
foregoing, the execution of any document or the doing of any act
by such Authorized Person in connection with such proceedings to
be conclusively presumed to be authorized by these resolutions.

**RESOLVED:**     That the Company may engage and retain Murphy & King,
Professional Corporation as bankruptcy counsel under general
retainer to represent the Company in the Chapter 11 case, and that
the Company may provide such counsel with a fee for its services.

**RESOLVED:**     That the Company may engage and retain such other professionals
as it deems necessary and appropriate to assist the Company in the
Chapter 11 case including, without limitation, financial advisor(s),
and that the Company may provide such professionals with fees for
their services.

**RESOLVED:**     That each Authorized Person and such other officers of the
Company as the Authorized Persons shall designate from time to
time, and any employees or agents (including counsel) designated
by or directed by any such persons, be, and each hereby is,
authorized, empowered, and directed, in the name of and on behalf
of the Company, to cause the Company to enter into, execute,
deliver, certify, file, and/or record, and perform such agreements,
instruments, motions, affidavits, applications for approvals or
rulings of governmental or regulatory authorities, certificates, or
other documents, and to take such other actions, as in the judgment
of any such person shall be or become necessary, proper, and
desirable, to effectuate the successful prosecution of the
Company's Chapter 11 case, with a view to the successful
prosecution of such cases; provided that each of the foregoing shall
be subject to review and consent by the Chief Executive Officer
and/or President with respect to any act or transaction that does not
fall within the ordinary course of business of the Company.

**RESOLVED:**     That each Authorized Person be, and each hereby is, authorized
and empowered, on behalf of and in the name of the Company, to
execute such consents on behalf of the Company as such
Authorized Person considers necessary, proper or desirable to
effectuate these Resolutions, such determination to be evidenced
by such execution or taking of such action.

2

**RESOLVED:**    That any and all past actions heretofore taken by any Authorized Persons of the Company in the name of and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, approved and adopted as a duly authorized act of the Company in all respects and for all purposes.

In witness whereof, these Resolutions have been executed on the date stated below.

Dated: June 20 , 2024

BOSTON WINDOW & DOOR, LLC

By: Adam Hirsch
Its: Secretary

3

A.I.M. Mutual Insurance Co.
PO Box 4131
Woburn, MA 01888-4131

A.W. Perry, Inc.
20 Winthrop Square
Suite 500
Boston, MA 02110

Adobe Creative Cloud
345 Park Avenue
San Jose, CA 95110-2704

Adobe Systems
345 Park Avenue
San Jose, CA 95110-2704

AIM
One Beacon Street
16th Floor
Boston, MA 02108

Allegiance Trucks
9 W. Broad Street, Suite 720
Stamford, CT 06902

Alpine Air Conditioning Corp.
37 Linnell Circle
Billerica, MA 01821

American Express (Adam)
PO Box 1270
Newark, NJ 07101-1270

American Window Film, Inc.
71 Elm Street - Unit #10
Foxboro, MA 02035

ANDERSON & MCQUAID CO., INC.
170 FAWCETT STREET
CAMBRIDGE, MA 02138

Anderson, Samuel
Address on File

Annese, Stephen
Address on File

Ashworth, Dawn
Address on File

ASSOCIATED BUILDERS & CONTRACTORS INC.
100 UNICORN PARK DRIVE
SUITE 1
WOBURN, MA 01801

ATKINSON RESORT & COUNTRY CLUB
85 COUNTRY CLUB DRIVE
ATKINSON, NH 03811

ATLANTIC PLYWOOD CORP
PO BOX 412103
BOSTON, MA 02241-2103

Ayala Quinones, Raymond
Address on File

Badalaty, Bruce
Address on File

Bahou, Fred
Address on File

Baker Tilly US, LLP
Box 78975
Milwaukee, WI 53278-8975

Ball, Donald
Address on File

BAMAG, Inc
36 Prospect Avenue
Hull, MA 02045

Barnes, Douglas
Address on File

Bazarov, Maximillian
Address on File

BEACON BUILDING PRODUCTS
P.O. Box 418527
Boston, MA 02241-8527

Beckett, Quintin
Address on File

Belvin, Kalie
Address on File

Benefit Coordinators Of America
34 Main Street
Second Floor
Natick, MA 01760

Berluti Mclaughlin & Kutchin
44 School Street
Boston, MA 02108

Berry, Joshua
Address on File

Birch Point LLC
c/o Bob Keating
30 Inner Belt Road
Somerville, MA 02143

Biron, Emile
Address on File

BJ's Wholesale Club, Inc.
P.O. Box 847899
Boston, MA 02284-7899

Boissonnault, Michael
Address on File

Boston Pro Carpenters Inc.
278 Nesmith Street
Lowell, MA 01852

BOSTON, CITY OF
PO Box 55800
Boston, MA 02205-5800

Boucher, Thomas jr
Address on File

BRAGB
45 Dan Road
Suite #8
Canton, MA 02021

BRODIE, INC.
10 Ballard Road
LAWRENCE, MA 01843

BROOKLINE, TOWN OF
P.O BOX 470708
BROOKLINE, MA 02447

Budget Document Technology
PO Box 2322
Lweiston, ME 04241

Building Enclosure Associates, LLC
31 Fifst Street
Charlestown, MA 02129

Building Reports, Inc
P.O. Box 118
Brewster, MA 02631

C.J. & J. Leasing
PO Box 223
Atkinson, NH 03811

Cali Painting, Inc.
33 Prescott Street
East Boston, MA 02128

Callahan, James
Address on File

Calltower
P.O. BOX 20183
DALLAS, TX 75320-1083

CAMBRIDGE, CITY OF
OFFICE OF THE PARKING CLERK
BOX 399113
CAMBRIDGE, MA 02139

Can, Kathleen
Address on File

Carini, Craig
Address on File

Carpentry Pillar Corporation
352 Lawrence Street Apt 1
Lowell, MA 01852

Cassen, Mark
Address on File

Cerasuolo, John
Address on File

Christopher A. Deao Electrician, LLC
2302 Turnpike Street
Suite 5
North Andover, MA 01845

Christopher Stirling
311 Holmes Street
Hanson, MA 02341

CHUBB GROUP OF INS COS.
BOX 7247-0180
PHILADELPHIA, PA 19170-0180

Cintas Fire Protection
P.O. Box 636525
Cincinnati, OH 45263-6525

CINTAS FIRST AID & SAFETY
PO Box 631025
Cincinnati, OH 45263-1025

Citrin Cooperman Advisors LLC
P.O. Box 23946
New York, NY 10087-3946

City of Brockton
P.O. Box 203
Milford, MA 01757

City of Chelsea
Parking Violations
P.O. BOx 505794
Chelsea, MA 02150

City of Haverhill
4 Summer Street
Room 300
Haverhill, MA 08130

Clancy, Ryan
Address on File

ClearRock, Inc.
101 Fedeal Street
Suite 1900
Boston, MA 02110

Clooney, John
Address on File

COADY'S GARAGE & TOWING
139 MARSTON STREET
LAWRENCE, MA 01841

Comairco
3250 Union Road
Buffalo, NY 14227

Comcast
P.O. Box 37601
Philadelphia, PA 19101-0601

COMCAST
P.O. BOX 70219
PHILADELPHIA, PA 19176-0219

Comcast Business
P.O. Box 37601
Philadelphia, PA 19101-0601

COMMONWEALTH OF MASSACHUSETTS
P.O. BOX 847840
BOSTON, MA 02284

CompanyCam
350 Canopy Street
Suite 230
Lincoln, NE 68508

Concur Technologies, Inc.
62157 Collections Center Drive
Chicago, IL 60693

Corace, Traci
Address on File

Corporate Data & Voice Solutions, Inc.
48 Stiles Road
Suie 101
Salem, NH 03079

Costello, Edward
Address on File

COUNCILMAN ELECTRIC, INC.
PO BOX 279
ATKINSON, NH 03811

Couturier, Payten
Address on File

CREATIVE MILLWORK
1801 WEST 47TH STREET
BOX 1157
ASHTABULA, OH 44005-1157

CRL
PO Box 738000
Dallas, TX 75373-8000

Crooker, Thomas
Address on File

CROSS NET, INC.
40 South River Road
Unit 51
Bedford, NH 03110

Custom Curved Mouldings
PO Box 452
Thompson, CT 06277

Davagian Grillo & Semple LLP
365 Boston Post Road
Suite 200
Sudbury, MA 01776

David Hadley
c/o New England Window & Door
109 Airport Drive
Rochester, NH 03867

DELL COMPUTER
BOX 643561
PITTSBURGH, PA 15264-3561

Dell Financial Services
Payment Processing Center
P.O. Box 5292
Carol Stream, IL 60197-5292

Delta Dental of Massachusetts
PO Box 415566
Boston, MA 02241

Department of Unemployment Assistance
100 Cambridge Street
Suite 400
Boston, MA 02114

Devaney Energy Inc.
177 Wells Ave
PO Box 9120
Newton, MA 02459-9120

DiBiase, Matthew
Address on File

DocuSign, Inc.
PO Box 735445
Dallas, TX 75373-5445

Doherty, Richard
Address on File

Dream HomeRemodeling, Inc.
34 Golden Hills Road
Saugus, MA 01906

DRS Home Improvement
116 Sycamore Street
Swansea, MA 02777

Dube, Jason
Address on File

Dunn Electric, Inc.
29 Water Street
Natick, MA 01760

Dylan Thomas
26 Hazelwood Drive
Hudson, NH 03051

Eagle Leasing Company
P.O. Box 923
Orange, CT 06477-0923

EAGLE-TRIBUNE, THE
Dept.12606
PO Box 4268
Houston, TX 77210-4268

Edward D. Kutchin
68 Sunset Rock Road
Andover, MA 01810

Elite Painting & Cleaning Inc.
21 Cypress Road
Medford, MA 02155

Emerson, Caitlin
Address on File

Engraveables, Inc.
3 Brigham Street, Unit 2
Marlborough, MA 01752

Eversource-ELEC
PO Box 56007
Boston, MA 02205-6007

Eversource-GAS
PO Box 56007
Boston, MA 02205-6007

Eversource-Woburn
P.O. Box 56007
Boston, MA 02205-6007

Experian
P.O. Box 841971
Los Angeles, CA 90084-1971

Experts-Exchange
2701 McMillan Ave
# 160
San Luis Obispo, CA 93401

Express Information Systems
PO Box 691261
San Antonio, TX 78269

Express Services
PO Box 945434
Atlanta, GA 30394-5434

ExpressMED At Salem
55 Bridge Street
Manchester, NH 03101

Extra Space Storage - Burlington
35 Ray Avenue
Burlington, MA 01803

Eye Med
PO Box 632530
Cincinnati, OH 45263-2530

Fastenal Company
P.O. Box 1286
Winona, MN 55987-1286

FEUER LUMBER CO., INC.
138 MAIN STREET
ATKINSON, NH 03811

FINN Partners
1675 Broadway
10th Floor
New York, NY 10019

Fish Window Cleaning
PO Box 242
Woburn, MA 01801

Forge Team, Inc.
P.O. Box 550213
N. Waltham, MA 02455

Francotyp-Postalia, Inc.
P.O. Box 157
Bedford Park, IL 60499-0157

FRED C. CHURCH INSURANCE
41 WELLMAN STREET
LOWELL, MA 01851

FREEDOM TIRE INC.
BOX 1287
PLAISTOW, NH 03865-1287

Frommelt Dock & Door, Inc.
P.O. Box 10
North Reading, MA 01864

Fulcher, Kevin
Address on File

Furtado, Melissa
Address on File

Gagnon, Gregory
Address on File

Gale Partners, LLC
One World Trade Center
Floor 62
New York, NY 10007

Gallant, Keith
Address on File

Garcia, Jose
Address on File

Garcia, Victor M.
Address on File

Garten
Dept LA 25131
Pasadena, CA 91185-5131

Giant Office Cleaning
PO Box 2424
Brockton, MA 02305

Giello, Anthony
Address on File

Giusto, Michael
Address on File

Gladeau, Darren
Address on File

Goucher, Donald
Address on File

GRAINGER
DEPT. 853931996
PALATINE, IL 60038-0001

GRAMMAS EXECUTIVE COACHING, LLC
204 OAK RIDGE ROAD
PLAISTOW, NH 03865

Grassi & Company
50 Jericho Quadrangle
Jericho, NY 11753

Great American Fiancial Services
P.O. Box 660831
Dallas, TX 75266-0831

Habeck, Andrew
Address on File

Hannah Enviornmental & Energy
17 Wilshire Drive
Londonderry, NH 03053

Harvard Pilgrim Health Care
P.O. Box 970050
Boston, MA 02297-0050

HASTY, DONALD
P. O. BOX 1134
LYNNFIELD, MA 01940

Haverhill Bank/Bob Nichols
PO Box 790408
St. Louis, MO 63179-0408

Haverhill Bank/Janice
PO Box 790408
St. Louis, MO 63179-0408

Haverhill Parking Clerk
4 Summer Street #114
Haverhill, MA 01831

HAVERHILL, CITY OF
4 SUMMER STREET
ROOM 210
HAVERHILL, MA 01830

Hegarty, Brad
Address on File

Hill View Partners, LLC
220 South Main Street
Providence, RI 02903

Hingham Municipal Lighting Plant
P.O. Box 9264
Chelsea, MA 02150-9264

Hirsch, Adam
Address on File

Hoague, Christian
Address on File

HOME DEPOT
DEPT32-2503620159
PO Box 70293
Philadelphia, PA 19176-0293

HYG Financial Serivces, Inc.
P.O. Box 14545
Des Moines, IA 50306-3545

HYG Financial Services
PO Box 014545
Des Moines, IA 50306-3545

iHeartMedia
PO Box 419499
Boston, MA 02241-9499

Indeglia Lutrario
931 Jefferson Boulevard
Suite 1006
Warwick, RI 02886

InfoArmor
Dept 3189
PO Box 123189
Dallas, TX 75312-3189

Ingage
37 S Main Street
Yardley, PA 19067

INTERNAL REVENUE SERVICE
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

J & D Home Improvements
666 Wareham Street
Middleboro, MA 02346

J Leal Construction Services Inc.
700 Governors Dr. Apt 19
Winthrop, MA 02152

JACKSON LUMBER
P.O. Box 449
Lawrence, MA 01842

Jams Stoller
11 Minuteman Way
Canton, MA 02021

Jamsill, Inc.
P.O. Box 485
Talent, OR 97540

JANUS LOGISTICS
85 ORCHARD VALLEY DRIVE
CRANSTON, RI 02921

JIFFY LUBE FLEET SERVICES
PO BOX 620130
MIDDLETON, WI 53562

JP Rivard Trailer Sales
7 Doris Dr. Unit 7A
North Chelmsford, MA 01863

KAAST Machine Tools, Inc.
3 Merion Terrace
Aldan, PA 19018

KCR, Inc.
875 Waverly Street
Framingham, MA 01702

Kona Ice 4 U LLC
12 Arlene Drive
Pelham, NH 03076

Kremer, Bradley
Address on File

Ladan, Marko
Address on File

Lansing Building Products
604231
Charlotte, NC 28260-4231

Lappin, Andrew
Address on File

Ledgewood Realty
PO Box 535
East Bridgewater, MA 02333

Lighterfly
6005 23rd Stree North
Arlington, VA 22205

Lincoln Financial Group
P.O. Box 2658
Carol Stream, IL 60132-2658

Lincoln National Life Insurance Co.
P.O. Box 0821
Carol Stream, IL 60132-0821

Lumber Contacts, inc.
31 Sarah's Circle
Duxbury, MA 02332

Lynch Creek Farm
PO Box 2109
Shelton, WA 98584-5039

M&S Trailers, Inc.
PO Box 128
Candia, NH 03034

M&T Bank
4 Riverside Avenue
Bristol, CT 06010

MAINE TURNPIKE AUTHORITY
PO BOX 3858
PORTLAND, ME 04104

Mandell, Bradley
Address on File

Manni, Monica
Address on File

Mapes Industries, Inc.
7748 N 56th Street
Lincoln, NE 68514

Marchand, Arthur
Address on File

Marchand, Cheryl
Address on File

Marlboro Shamrocks
P.O. Box 26
Marlboro, MA 01752

Marshall, Lindsey
Address on File

Martis, Manuel
Address on File

Mass State PHAC
37 Anthony Drive
Pembroke, MA 02359

Massahsuetts Department of Revenue
PO Box 7089
Boston, MA 02241-7089

Massachusetts Dept of Revenue
Bankruptcy Unit
PO Box 7090
Boston, MA 02004

MassDOT
P.O. Box 55890
Boston, MA 02205-5890

Mazerall, David
Address on File

MBTA
PO Box 845934
Boston, MA 02284-5934

McManus, James
Address on File

Mello, Ryan
Address on File

Mendoza, Alfredo
Address on File

Merrimac Spool & Reel Co. Inc.
203 Essex Street
Haverhill, MA 01832

Merrimack Valley Corp.
15  Aegean Drive
Unit 3
Methuen, MA 01844

MILLER MFG. INC.
165 CASCADE COURT
ROHNERT PARK, CA 94928

Mills, Joyce
Address on File

MINUTEMAN PRESS
362 NORTH MAIN STREET
ANDOVER, MA 01810

Mobile Trash Compaction LLC
40 Boars Head Terrace
Hampton, NH 03842

Morrison Carpentry Inc.
86 Everett Street
Middleboro, MA 02346

MOYNIHAN LUMBER OF PLAISTOW LLC
BOX 1160
PLAISTOW, NH 03865-1160

NATIONAL GRID
P.O. BOX 11735
NEWARK, NJ 07101-4735

National Grid
P.O. Box 11737
Newark, NJ 07101-4737

National Grid
PO Box 11735
Newark, NJ 07101-4735

NaviStone
PO Box 8037
Carol Stream, IL 60197-8037

Neat N.H. Cleaning Service, Inc.
P.O. Box 601
Auburn, NH 03032

Needham, John
Address on File

Nelson, Michael
Address on File

New England Coffee
PO Box 845797
Boston, MA 02284-5797

New England Pro Carpenters
175 Ames Street
Unit 4412
Marlborough, MA 01752

New England Windows & Doors
109 Airport Road
Rochester, NH 03867

New York Life Insurance Co.
PO Box 139051
Dallas, TX 75313-9051

NEWTON, CITY OF
OFFICE OF THE PARKING CLERK
P.O. BOX 590363
NEWTON, MA 02459-0004

NHDOT E-Zpass
54 Regional Drive
Concord, NH 03301-8502

Nichols, William
Address on File

Nicoli, Chad
Address on File

Nissan Motor Acceptance Corp.
P.O. Box 742658
Cincinnati, OH 45274-2658

NORTH EAST BUILDERS ASSOC OF M
170 MAIN STREET
SUITE 205
TEWKSBURY, MA 01876

Northern Hydraulics & Fleet Services
46 Plaistow Road
Plaistow, NH 03865

Nudo Products, Inc.
PO BOX 3677
Carol Stream, IL 60132-3677

O'Brien, Stephen
Address on File

O'Keefe, Timothy
Address on File

Ortiz, Judi
Address on File

OTS Leasing
P.O. Box 660831
Dallas, TX 75266-0831

PAC Consulting, LLC
30 North Street
Hingham, MA 02043

Pagan, Eddie
Address on File

PAINT PROJECT, THE
2845 W Service Road
Eagan, MN 55121

Pantuosco, Joseph
Address on File

PARRETT WINDOWS
810 2ND AVENUE E.
BOX 440
DORCHESTER, WI 54425

Peacock, Jeremy
Address on File

Pedinoff, Maxwell
Address on File

Peguero, Shanice
Address on File

Pella Corporation
102 Main Street
Pella, IA 50219

PELLA-FALL RIVER
1325 AIRPORT ROAD
FALL RIVER, MA 02720

Perez, Alex
Address on File

Pest-End
P.O. Box 185
Plaistow, NH 03865

Pierce Atwood LLP
One New Hampshire Ave
Suite 350
Portsmouth, NH 03801

Pitt Technology Group
1900 N Le Compte Road
Suite 15
Springfield, MO 65802-7561

Plymouth County Treasurer
44 Obery Street
Plymouth, MA 02360

PMC Media Group
694 Main Street
East Greenwich, RI 02818

Potvin, Janice
Address on File

Power Digital Marketing, Inc.
2251 San Diego Avenue
Suite A250
San Diego, CA 92110

PRO New England
831 Beacon Street, #186
Newton Centre, MA 02459

Pro-Deluxe Painting
2 Sullivan Lane
Stoneham, MA 02180

PromoCentric
102 Tide Mill Road
Unit 1
Hampton, NH 03842

Prudential
PO Box 981503
Boston, MA 02298-1503

Publicis Communications Collection Acct
f/b/o Epsilon Agency, LLC
91451 Collections Center Drive
Chicago, IL 60693

Quench USA, Inc.
630 Allendale Road
Suite 200
King of Prussia, PA 19406

Quinones, Billy
Address on File

R.J. Kenney Associates, Inc.
P.O. Box 1748
Plainville, MA 02762

Ready Refresh by Nestle
P.O. Box 856192
Louisville, KY 40285-6192

Reeb of New England
PO Box 8000 Dept. 786
Buffalo, NY 14267

Reliable
PO Box 732691
Dallas, TX 75373-2691

Republic Services
PO Box 9001099
Louisville, KY 40290-1099

Resource LLC
647 US Route 1
Unit 14-279
York, ME 03909

Rice, Brandon
Address on File

RingCentral, Inc.
P.O. Box 734232
Dallas, TX 75373-4232

RingLeader, Inc.
513 Prince Edward Street
Second FLoor
Fredericksburg, VA 22401

RITBA Tolling Department
P.O. Box 437
Jamestown, RI 02835

Rivera, Nelson
Address on File

ROCKY MOUNTAIN HARDWARE
P. O. BOX 4108
HAILEY, ID 83333

Rodr guez, Luis
Address on File

Rodriguez, Franklin
Address on File

Rodz Towing Inc.
1 Hilldale Ave
Plaistow, NH 03865

Rooter-Man
46 Portland Street
Lawrence, MA 01843

ROSE IRRIGATION
BOX 1903
WAKEFIELD, MA 01880

ROTO-ROOTER
5672 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

ROYAL AMSTERDAM HOTEL
705 E. 1ST
PELLA, IA 50219

Royal Truk Division
125 Sterling Avenue
Orrville, OH 44667

RTL Carpenter's
15 Gringras Drive
Nashua, NH 03060

RYDER TRANSPORTATION SERVICES
BOX 96723
CHICAGO, IL 60693

Sales Search Partners, LLC
5 Bedford Farms Drive
Ste 304
Bedford, NH 03110

Sales Search Patners
5 Bedford Farms Drive
Suite 304
Bedford, NH 03110

Salvation Army of Haverhill
395 Main Street
Haverhill, MA 01830

Sanchez, Mitchell
Address on File

Sarfde, Eric
Address on File

SCHNEIDER GRAPHICS
BOX 8246
DES MOINES, IA 50301

Scola, Peter
Address on File

SHERWIN-WILLIAMS CO.
P.O. Box 412746
Boston, MA 02241-2746

SIGA Cover, Inc
2355 Highway 36 West
Suite 400
Roseville, MN 55113

Silva, Eduardo
Address on File

Smaila, Sergio
Address on File

Smart Work Construction Corp
Apartment #69
Revere, MA 02151

Smith, Tami
Address on File

SNI Companies
P.O. Box 825811
Philadelphia, PA 19182-5811

SOLAR ART
23042 MILL CREEK DRIVE
LAGUNA HILLS, CA 92653

Somerville Parking Clerk
PO Box 9102
Somerville, MA 02143

Souza, Michael
Address on File

Speciale, Daniel
Address on File

Specialty Mfg Co. of Ames., Inc
40 Water Street
Amesbury, MA 01913

Spellman Ventures
323 Speen Street
Natick, MA 01760

Sprague, Richard
Address on File

STAR EXHIBITS
6688 - 93rd AVENUE N
MINNEAPOLIS, MN 55445-1708

STATE TREASURER-MAINE
P.O. BOX 9101
AUGUSTA, ME 04332

Stoneman, Chandler & Miller LLP
99 High Street
Boston, MA 02110

Stott, Kenneth
Address on File

STRY-BUC, IND.
P.O. BOX 1067
SHARON HILL, PA 19079

Sullivan, Timothy
Address on File

SUN ISLAND DELIVERY
RTE. 132 - DRAWER "W"
HYANNIS, MA 02601

Sunbelt Rentals, Inc.
PO Box 409211
Atlanta, GA 30384-9211

Sweeney, Eugene
Address on File

Taveras, Mayelin
Address on File

TAYLOR RENTAL-HAV
531 BROADWAY
HAVERHILL, MA 01832

TC8 Services Inc.
169 Essex Street
Unit #2
Saugus, MA 01906

The Angell Pension Group, Inc.
88 Boyd Avenue
East Providence, RI 02914

THE HANOVER INSURANCE GROUP
PO Box 580045
Charlotte, NC 28258-0045

THe Pig Kahuna
33 Overset Road
Portland, ME 04103

The Predictive Index
PO Box 675320
Detroit, MI 48267-5320

Thompson Landscaping
38 Washington St.
Suite B
Haverhill, MA 01832

TL Construction & Services Corp.
7 Allenhurst Way
Wilmington, MA 01887

Top Notch Contracting
401 R Lowell Street
Lexington, MA 02420

Torres, Charlie
Address on File

Toshiba Financial Services
P.O. Box 070241
Philadelphia, PA 19176-0241

Town of Hingham
Collector of Taxes
PO Box 4191
Woburn, MA 01888-4191

Town of Sherborn
Office of the Tax Collector
19 Washington Street
Sherborn, MA 01770

Town of Sherborn
19 Washington Street
Sherborn, MA 01770

Town Of Wellesley
888 Worcester Street
Suite 140
Wellesley, MA 02482

Toyota Industries Commercial Finance
PO Box 660926
Dallas, TX 75266-0926

Travelers
CL Remittance Center
PO Box 660317
Dallas, TX 75266-0317

Treeline, Inc.
15 Lincoln Street
Suite 314
Wakefield, MA 01880

Trillium Drivers
PO Box 671854
Detroit, MI 48267-1854

Trim Solutions LLC
P.O. Box 739
East Windsor, CT 06088

ULINE
P.O. Box 88741
Chicago, IL 60680-1741

UNITED PARCEL SERVICE
PO Box 650116
Dallas, TX 75265-0116

UNITED STATES TREASURY
PO Box 802501
Cincinnati, OH 45280-2501

Uptack Plumbing & Heating
32 Rochambault Street
Haverhill, MA 01832

UTS OF MASSACHUSETTS, INC.
5 RICHARDSON LANE
STONEHAM, MA 02180

Vazquez, Jasmine
Address on File

VendorMax, Inc.
3001 Bishop Drive #300
San Ramon, CA 94583

Verizon Wireless-Phones
P.O. Box 15062
Albany, NY 12212-5062

Visco, Domenic
Address on File

W.B. MASON COMPANY, INC.
P.O. BOX 981101
BOSTON, MA 02298-1101

Walton, Deborah
Address on File

Wasmer, Christopher
Address on File

WASTE MANAGEMENT OF NH
P.O. BOX 13648
PHILADELPHIA, PA 19101-3648

WAYNE ALARM SYSTEMS, INC.
PO BOX 4110
Department 5900
Woburn, MA 01888-4110

Wayne Dennen
198 Nahant Street
Wakefield, MA 01880

Webfleet Solutions
1915 Paysphere Circle
Chicago, IL 60674

WESTVILLE GRAND RENTAL STATION
63 PLAISTOW ROAD
PLAISTOW, NH 03865

WEX Bank
P.O.Box 4337
Carol Stream, IL 60197-4337

WHITE ST. PAINT AND WALLPAPER CO., INC.
P.O. BOX 342
LAWRENCE, MA 01842

Whitney, Steven
Address on File

WHITTEMORE REMODELING
117 North Ave
Natick, MA 01760

WinDor
450 Delta Ave
Brea, CA 92821

Windstream
PO Box 9001013
Louisville, KY 40290-1013

Wireless Watchdogs
PO Box 23189
New York, NY 10087-3189

WIRELESS, INC.
ADMIRAL HILL
92 CAPTAINS ROW
CHELSEA, MA 02150

WOBURN, CITY OF
BOX 227
WOBURN, MA 01801-0327

Yankson, Nana
Address on File

Zamora, Carlos
Address on File

# United States Bankruptcy Court
### District of Massachusetts - Eastern Division

In re   **Boston Window & Door, LLC**

Debtor(s)

Case No.
Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, Adam Hirsch, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 20, 2024**

Adam Hirsch/Chief Executive Officer

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)**

|  |  |
|---|---|
| In re:<br><br>**BOSTON WINDOW & DOOR, LLC,**<br><br>Debtor. | Chapter 11<br><br>Case No. 24- |

## DECLARATION REGARDING ELECTRONIC FILING

I, Adam S. Hirsch , hereby declare under penalty of perjury that all of the information contained in the *Voluntary Petition, Verification of Matrix,* and *Declaration under Penalty of Perjury for Non-Individual Debtors* (collectively, the "**Documents**"), filed electronically and contemporaneously with this declaration, is true and correct.  I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Documents.  I understand that failure to file this DECLARATION may cause the Documents to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:  June 20, 2024                    Signed:  _____
                                                                     Adam S. Hirsch